EVA BELL HARKINS, as Administratrix, etc., Respondent, v. SIZER FORGE COMPANY, Appellant.— Order entered July 2, 1918, vacated, and decision

* Consol. Laws, chap. 20 (Laws of 1909, chap. 25), § 114.— [REP.

amended and order entered thereon, as follows: Judgment and order reversed, with costs, and this court having determined that the trial court should have granted the defendant's motion for the direction of a verdict, the complaint is dismissed, with costs. Held, that the plaintiff failed to establish actionable negligence. All concurred, except Kruse, P. J., who dissented and voted for affirmance.